DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT P. DELISIO,**
Appellant,

v.

**ESTATE OF ROBERT L. DELISIO,** as beneficiary
and the putative Personal Representative,

Appellee.

No. 4D2023-1207

[May 16, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 50-2021-CP-001897-XXXX-SB.

Brian Christopher Valentine and Rae Lynn Mosier of The Law Office of Mosier Valentine, P.A., Fort Lauderdale, for appellant.

Gary A. Woodfield and Terry E. Resk of Nason, Yeager, Gerson, Harris & Fumero, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***